IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHERINE M. CLEARY individually and on behalf of others similarly situated, | § § § § § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 4:21-cv-00019-P |
| | § | |
| AMERICAN AIRLINES, INC. a Delaware Corporation, | § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

In accordance with the Court's Order (ECF No. 39) issued this date, the Court finds it appropriate to issue this Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **22nd day** of **January, 2021**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE